UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALMER/KANE LLC,<br><br>Plaintiff,<br><br>v.<br><br>PENGUIN RANDOM HOUSE LLC and DORLINGKINDERSLEY PUBLISHING, INC., d.b.a. DK PUBLISHING, INC. an affiliate of PENGUIN RANDOM HOUSE LLC,<br><br>Defendants. | Case No. 1:16-cv-01569-LLS<br><br>Hon. Louis L. Stanton<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action shall be voluntarily dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated: July 11, 2016

Respectfully submitted,

PEARL COHEN ZEDEK LATZER BARATZ LLP

By: _____
Veronica Mullally Muñoz (MM-9985)
Clyde A. Shuman (CS-6351)
1500 Broadway, 12th Floor
New York, NY 10036
Tel: (646) 878-0800
Fax: (646) 878-0801
VMunoz@pearlcohen.com
CShuman@pearlcohen.com

Attorneys for Plaintiff
Palmer/Kane LLC

DAVIS WRIGHT TREMAINE LLP

By: _____
Linda Steinman (LS-5906)
Jaya Kasibhatla
1251 Avenue of the Americas,
21st Floor
New York, NY 10020-1104
Telephone: (212) 489-8230
lindasteinman@dwt.com
jayakasibhatla@dwt.com

Attorneys for Defendants Penguin Random House LLC and Dorling Kindersley Publishing, Inc. (improperly named)

DWT 30014703v1 3910039-000219